**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CASE NO. 6:24-CV-154-KKC**

*Electronically Filed*

**J.G.,** *By and Through*                                                                              **PLAINTIFF**
   *Her Parents, A.G. and E.G.*

**v.**

**BOARD OF EDUCATION**
   **OF HARLAN COUNTY, KENTUCKY**                                              **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Comes the Plaintiff, J.G., by and through her parents, A.G. and E.G., and the Defendant, Board of Education of Harlan County, Kentucky, and the parties having agreed to dismiss the claims they asserted against each other, it is hereby ordered that the claims brought by or which could have been brought by each party are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

SO ORDERED, this the _____ day of _____, 2025. There is no just reason for delay, this order is final and appealable.

_____
*Judge, Eastern District of Kentucky*

HAVING SEEN AND AGREED:

EDWARD E. DOVE, ATTORNEY AT LAW          FREEMAN MATHIS & GARY, LLP

*s/ Edward E. Dove*                                            *s/Tia J. Combs*
_____          _____
by TJC with emailed permission                    Tia J. Combs
Edward E. Dove                                             2525 Harrodsburg Road, Suite 500
201 W. Short Street, Suite 300                     Lexington, KY 40504
Lexington, KY 40507                                     tcombs@fmglaw.com
eddove@windstream.net                              *Counsel for Defendant*
*Counsel for Plaintiff*

## <u>CLERK'S CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served using the Court's

ECF system, upon the following parties on this the _____ day of _____, 2025:

Edward E. Dove
201 W. Short Street, Suite 300
Lexington, KY 40507
eddove@windstream.net
*Counsel for Plaintiff*

Tia J. Combs
FREEMAN MATHIS & GARY LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
tcombs@fmglaw.com
*Counsel for Defendant*

_____
*Clerk, Eastern District of Kentucky*

Agreed Order of Dismissal - 2